UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Jeffrey M. Wallace   Case No.: 19-30661 (JKS)
       Samantha A. Wallace

Chapter:   7

Judge:   John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on February 25, 2020, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 38 Wells Court, Bloomfield, NJ, having a fair market value of $375,000.00.

> Liens on property:
>
> Bank of America
> $62,468.00
> Fay Servicing, LLC
> $350,275.00
> New Jersey Housing & Mortgage Financing
> $50,000.00

> Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No.:  201-845-1000

F0038623 - 1

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                               Case No. 19-30661-JKS
Jeffrey M Wallace                                                    Chapter 7
Samantha A Wallace
       Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0312-2            User: admin                 Page 1 of 2                    Date Rcvd: Jan 27, 2020
                                Form ID: pdf905             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db/jdb         +Jeffrey M Wallace,    Samantha A Wallace,    38 Wells Court,    Bloomfield, NJ 07003-3042
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
518545952    ++++ACI,   37 RUST LN,    BOERNE TX 78006-8288
                 (address filed with court: ACI,    35A Rust Lane,   Boerne, TX 78006)
518545954     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
518545956      +Bank Of America,    Po Box 31785,    Tampa, FL 33631-3785
518545953      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518545958      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
518545957      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518545965      +Chase Card Services,    Po Box 15369,    Wilmington, DE 19850-5369
518545964      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518545967      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
518545966      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518545971      +Deptartment Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
518545970      +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518545976     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,   Colorado Springs, CO 80962)
518545974      +Fay Servicing Llc,    Attn: Bankruptcy Dept,    Po Box 809441,    Chicago, IL 60680-9441
518545975      +Fay Servicing Llc,    1601 Lbj Freeway,    Farmers Branch, TX 75234-6034
518545977      +Ford Motor Credit,    Pob 542000,    Omaha, NE 68154-8000
518545978      +Hackensack Meridian Health Medical Group,    PO Box 95000-4535,    Philadelphia, PA 19195-0001
518545980      +Irving Kaplan & Associates,    130 Westfield Avenue-SuiteA,    PO Box 4022,
                 Roselle Park, NJ 07204-0522
518545981      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518545984      +Mullooly, Jeffrey, Rooney & Flynn, LLP,    6851 Jericho Turnpike,    Suite 220,
                 Syosset, NY 11791-4449
518545985      +Nationwide Credit, Inc.,    P.O. Box 14581,    Des Moines, IA 50306-3581
518545986      +New Jersey Housing & Mortgage Financing,    637 South Clinton Avenue,    Trenton, NJ 08611-1811
518545991      +The Valley Hospital,    223 North Van Dien Avenue,    Ridgewood, NJ 07450-2736
518545993       Unifund CCR, LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
518545994      +Valley Emergency Room Associates, PA,    PO Box 808,    Grand Rapids, MI 49518-0808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 28 2020 00:26:07     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 28 2020 00:26:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 28 2020 00:21:41
                 CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON,    4515 N SANTA FE AVE,
                 OKLAHOMA CITY, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2020 00:21:24
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518545959       E-mail/Text: cms-bk@cms-collect.com Jan 28 2020 00:25:38     Capital Management Services,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
518545961      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 28 2020 00:21:37      Capital One,
                 Po Box 30281,   Salt Lake City, UT 84130-0281
518545960      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 28 2020 00:21:37      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
518545962      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 28 2020 00:23:11
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518545963       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 28 2020 00:23:12
                 Capital One Auto Finance,    Credit Bureau Dispute,    Plano, TX 75025
518555168      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 28 2020 00:20:33
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518545968      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 28 2020 00:25:47      Comenitycapital/bjsclb,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
518545969      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 28 2020 00:25:47      Comenitycapital/bjsclb,
                 Po Box 182120,   Columbus, OH 43218-2120
518545972       E-mail/Text: mrdiscen@discover.com Jan 28 2020 00:25:06     Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518545973       E-mail/Text: mrdiscen@discover.com Jan 28 2020 00:25:06     Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
518545979       E-mail/Text: cio.bncmail@irs.gov Jan 28 2020 00:25:26     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Jan 27, 2020
                              Form ID: pdf905          Total Noticed: 50


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518545983       +E-mail/Text: bncnotices@becket-lee.com Jan 28 2020 00:25:15       Kohls/Capital One,
                 Po Box 3115,    Milwaukee, WI 53201-3115
518545982       +E-mail/Text: bncnotices@becket-lee.com Jan 28 2020 00:25:15       Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
518545985       +E-mail/Text: NCI_bankonotify@ncirm.com Jan 28 2020 00:25:06       Nationwide Credit, Inc.,
                 P.O. Box 14581,    Des Moines, IA 50306-3581
518545989        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2020 00:21:43
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
518545988        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2020 00:21:44
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
518545987       +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2020 00:22:41       PayPal Credit,    P.O. Box 71202,
                 Charlotte, NC 28272-1202
518549875       +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2020 00:21:25       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518545990       +E-mail/Text: documentfiling@lciinc.com Jan 28 2020 00:24:05       Telecom Self-reported,
                 Po Box 4500,    Allen, TX 75013-1311
518545992       +E-mail/Text: bankruptcydepartment@tsico.com Jan 28 2020 00:26:50       Transworld Systems Inc.,
                 PO Box 15618,    Department 51,    Wilmington, DE 19850-5618
                                                                                               TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518545955*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,     Po Box 982238,    El Paso, TX 79998)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
          Bruce H Levitt    on behalf of Debtor Jeffrey M Wallace blevitt@levittslafkes.com,
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
           es@gmail.com
          Bruce H Levitt    on behalf of Joint Debtor Samantha A Wallace blevitt@levittslafkes.com,
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
           es@gmail.com
          Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```