Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−30661−JKS
          Chapter: 7
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jeffrey M Wallace
38 Wells Court
Bloomfield, NJ 07003

Samantha A Wallace
aka Samantha A Weiner
38 Wells Court
Bloomfield, NJ 07003

Social Security No.:
  xxx−xx−5628                                  xxx−xx−1439

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Charles M. Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 30, 2020</u>                <u>John K. Sherwood</u>
                                          Judge, United States Bankruptcy Court